

# United States District Court
# Eastern District of California

| Benita Oghenetega Naibe, |
|---|
Plaintiff(s)

V.

| Alejandro Mayorkas, et. al., |
|---|
Defendant(s)

Case Number: 2:24-cv-00508-DB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sadaf F. Ahmed hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Benita Oghenetega Naibe,

On 05/18/2023 (date), I was admitted to practice and presently in good standing in the Federal District Court for District of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Mbuthye v. Mayorkas, 2:24-cv-00411, Pro Hac Application filed on 02/06/2024. Status: granted and CM/ECF registration has been processed.

Date: 02/20/2024         Signature of Applicant: /s/ Sadaf F. Ahmed

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Sadaf F. Ahmed |
| Law Firm Name: | Jeelani Law Firm, PLC |
| Address: | 3501 W. Algonquin Road, Ste. 200 |
| City: | Rolling Meadows   State: IL   Zip: 60008 |
| Phone Number w/Area Code: | (312) 767-9030 |
| City and State of Residence: | Lombard, IL |
| Primary E-mail Address: | sadaf@jeelani-law.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Arthur Minas |
| Law Firm Name: | Minas Law PC |
| Address: | 3620 Pacific Coast Hwy, Ste 100, |
| City: | Torrance   State: CA   Zip: 90505-6018 |
| Phone Number w/Area Code: | (310) 955-1360   Bar # 290517 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 02/22/2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE



# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Sadaf F. Ahmed

Admission date: 05/18/2023

was admitted to practice in this court
and is in good standing.

Dated: January 29, 2024        *Jeffrey P. Colwell*